IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAVEIDA JONES                                                                                    PLAINTIFF

v.                                          Case No. 3:09-cv-185-DPM

RANDOLPH COUNTY, ARKANSAS;
and GARY TRIBBLE, in his individual capacity
and as Sheriff of Randolph County, Arkansas                         DEFENDANTS

ORDER

The Court grants the parties' joint motion to dismiss, *Document No. 47*, due to settlement.  Laveida Jones's amended complaint, *Document No. 12*, is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 March 2011