IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LAVEIDA JONES**                                                                          **PLAINTIFF**

v.                          Case No. 3:09-cv-185-DPM

**RANDOLPH COUNTY, ARKANSAS;**
**and GARY TRIBBLE, in his individual capacity**
**and as Sheriff of Randolph County, Arkansas**            **DEFENDANTS**

JUDGMENT

Laveida Jones's amended complaint is dismissed with prejudice due to settlement.

_____
D.P. Marshall Jr.
United States District Judge

30 March 2011